# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEE W. MYRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-08-95-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered April 7, 2009 [Doc. No. 29]. No objection to the Report and Recommendation has been filed. Therefore, the Report and Recommendation is ADOPTED in its entirety, the Commissioner's decision is REVERSED and this matter is REMANDED to the Social Security Administration with directions to immediately award Plaintiff the appropriate supplemental security income benefits.

IT IS SO ORDERED this 28th day of April, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE